UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JUDITH RAY,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN JOSE HEALTHCARE SYSTEM, LP,<br><br>          Defendant. | Case No. 15-CV-04114-LHK<br><br>**ORDER REFERRING THE CASE TO MEDIATION AND CONTINUING THE CASE MANAGEMENT CONFERENCE** |

On February 1, 2016, Plaintiff filed an Amended Notice of Need for Mediation. ECF No. 17-1. Pursuant to Northern District of California General Order 56, the instant case is referred to mediation. The parties shall contact the Northern District of California ADR Program to select a mediator and mediation date. The Case Management Conference set for February 3, 2016 is hereby continued to May 18, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 2, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-04114-LHK
ORDER REFERRING THE CASE TO MEDIATION AND CONTINUING THE CASE MANAGEMENT CONFERENCE