UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JUDITH RAY,<br><br>        Plaintiff,<br><br>        v.<br><br>SAN JOSE HEALTHCARE SYSTEM, LP,<br><br>        Defendant. | Case No. 15-CV-04114-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for May 18, 2016 at 2 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Monday, May 16, 2016, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: May 12, 2016

        *Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-04114-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT